# State of New York
# Court of Appeals

This memorandum is uncorrected and subject to revision before publication in the New York Reports.

No. 66  SSM 8
Daniel J. Beck et al.,
     Appellants,
    v.
City of Niagara Falls, et al.,
     Defendants,
Patriot Field Services, Inc.,
     Respondent.

Submitted by Carey C. Beyer, for appellants.
Submitted by David M. Katz, for respondent.

On review of submissions pursuant to section 500.11 of the Rules, order affirmed, with costs. In response to the prima facie showing by defendant Patriot Field Services, Inc. that it was entitled to summary judgment, plaintiffs failed to raise a triable issue of material fact. Chief Judge DiFiore and Judges Rivera, Garcia, Wilson, Singas, Cannataro and Troutman concur.

Decided June 16, 2022